UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Lashawn Dawson, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　– vs. –<br><br>Lucy In The Sky, Inc.,<br><br>　　　　　Defendant. | DOCKET NO. 23-cv-8170<br>(AT) (GWG)<br><br>**NOTICE OF APPEARANCE** |

　　NOW COMES attorney David Stein, Esq., and enters his appearance in this matter on behalf of defendant Lucy In The Sky, Inc.

Dated:  September 29, 2023

_(signature)_
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant